UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUNJU LEE,

                Plaintiff,

-against-

CHENG JI,

                Defendant.

24cv6531 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the November 13, 2024, order, this action is dismissed. By order dated September 7, 2024, the Court directed Plaintiff, within 30 days, to submit a completed request to proceed in forma pauperis ("IFP" or "IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the Court dismisses this action without prejudice. See 28 U.S.C. §§ 1914, 1915. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED.

Dated:  November 15, 2024
          New York, New York

                                    /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                Chief United States District Judge